UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEYSVILLE WORCESTER INSURANCE COMPANY,<br><br>        Plaintiff<br><br>vs.<br><br>LAWTON & BURNS MECHANICAL CONTRACTORS, INC., et al.,<br><br>        Defendants. | Civil Action No: 1:13-CV-00380-FJS-RFT |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and between the undersigned attorneys of record for the parties, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that the above-referenced case is dismissed without prejudice in accordance with the Interim Settlement Agreement entered into by the Parties.

Dated: April 4, 2014
       Rochester, New York

_____
C. Allan Reeve, Esq.
Bar Roll No.: 107117
Reeve Brown PLLC
*Attorneys for Plaintiff*
3380 Monroe Avenue, Suite 200
Rochester, NY 14618
Tel: 585-310-1610
careeve@reevebrownlaw.com

Richard C. Maider, Esq.
Bar Roll No. 509057
Deily & Glastetter, LLP
*Attorneys for Defendants*
8 Thurlow Terrace
Albany, NY 12203
Tel: 518-436-0344
rmaider@deilylawfirm.com

IT IS SO ORDERED.
April 7, 2014

Frederick J. Scullin, Jr.
Senior U.S. District Judge